IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  09-cv-01721-ZLW-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

BOONE McREYNOLDS;
VIOLA McREYNOLDS,

    Respondents.

---

## ORDER

---

It is ORDERED that Plaintiff's Motion To Dismiss Case And Vacate Hearing (Doc. No. 4) is granted.  It is

FURTHER ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), the parties to pay their own costs and attorney's fees.  It is

FURTHER ORDERED that the hearing previously set in this case for September 15, 2009, is vacated.

DATED at Denver, Colorado, this  1st  day of September, 2009.

BY THE COURT:

_(signed) Zita L. Weinshienk_

ZITA L. WEINSHIENK, Senior Judge
United States District Court